# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1840
Lower Tribunal No. 21-45-K
_____

**Francisca Banos,**
Appellant,

vs.

**Maritza Paz,**
Appellee.

An Appeal from the County Court for Monroe County, Peary S. Fowler, Judge.

Francisca Banos, in proper person.

Maritza Paz, in proper person.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1980) ("When there are issues of fact the appellant

necessarily asks the reviewing court to draw conclusions about the evidence. Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or an alternative theory.").